# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LYNN ALAMILLA,

        Plaintiff,

v.

BEYER & ASSOCIATES, LLC,

        Defendant.

Case No. 20-CV-1430-JPS

**ORDER**

On September 11, 2020, Plaintiff brought this action. (Docket #1). Now before the Court is the parties' stipulation of dismissal of this action with prejudice and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket #20). The Court will adopt that stipulation. At this juncture, the Court will also deny as moot Defendant's motion to dismiss Plaintiff's amended complaint, (Docket #15).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #20) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss Plaintiff's amended complaint (Docket #15) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DIMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge